IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20046
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR HUGO MARTINEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-405-2
--------------------
July 10, 2001

Before JOLLY, SMITH and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Victor Hugo Martinez on appeal has requested leave to withdraw as counsel and filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Martinez filed a response. Pursuant to this court's order, counsel filed a supplemental brief. Martinez did not file a response to counsel's supplemental brief.

Our independent review of the original and supplemental briefs, Martinez's response to the original brief, and the record discloses no nonfrivolous issues. Accordingly, the motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5th Cir. R. 42.2.